IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> TRAVIS M. BIGGER AND LISA CASSIDAY <br><br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 07-

## NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on _August 22_, 2007, and is now pending.

(i)     The names of all plaintiffs and the case number are identified above.

(ii)    The court in which said action was brought is identified above.

(iii)   The name(s) of the title holder(s) of record are: TRAVIS M. BIGGER

(iv)    The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lots 6 and 7 in Block 4 in Wever's Addition to the Village of Media according to the duly recorded plat thereof, situated in the County of Henderson, in the State of Illinois.

> PIN No. 02-334-004-00

(v)     A common address or description of the location of the real estate is as follows:
        105 Maple, Media, Illinois 61460

(vi)   An identification of the mortgage sought to be foreclosed is as follows:

        Name of mortgagor(s):   TRAVIS M. BIGGER

        Name of mortgagee:   United States of America, United States Department of Agriculture

        Date(s) of mortgage(s):   November 22, 2004

        Date(s) of recording:   November 22, 2004

        County where recorded:   Henderson County, Illinois

        Recording document identification: Recorded in Book Book 0388 Page 189 as Doc. No. 159882

UNITED STATES OF AMERICA, Plaintiff

RODGER A. HEATON
United States Attorney

PREPARED BY:

By: s/Bradley W. Murphy
Bradley Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street
Peoria, Illinois 61602
Telephone No. 309-671-7050
Fax: 309-671-7259
Email: brad.murphy@usdoj.gov

This instrument was prepared by Bradley Murphy, Assistant U. S. Attorney, One Technology Plaza, 211 Fulton Street, Peoria, Illinois 61602.