## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07-4049 |
| TRAVIS M. BIGGER and, LISA CASSIDAY | ) |
| Defendants. | ) |

### MOTION TO AMEND COMPLAINT, BY INTERLINEATION, DISMISSING DEFENDANT LISA CASSIDAY

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Bradley W. Murphy, moves to amend its Complaint, by interlineation, dismissing defendant Lisa Cassiday, and states as grounds the following:

1. The Complaint was filed on August 23, 2007, naming Lisa Cassiday as a defendant in this case by virtue of the fact that she was residing in the property.

2. Defendant Lisa Cassiday informed this office on August 28, 2007, that she no longer lives in the property and that the property is presently occupied only by Travis M. Bigger.

3. The removal of Defendant Lisa Cassiday in this case does not assert any new or additional relief against the existing defendant.

WHEREFORE, the government moves that Lisa Cassiday be dismissed as a defendant in this foreclosure action.

    Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/Bradley W. Murphy
Bradley W. Murphy, IL Bar No. 1992775
Attorney for Plaintiff
United States Attorney's Office
211 Fulton Street
Suite 400
Peoria, IL 61602
Telephone: (309) 671-7050
Fax: (309) 671-7259

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing to:

>Travis M. Bigger
>105 Maple
>Media, Illinois 61460
>
>Lisa Cassiday
>P.O. Box 43
>Stronghurst, IL 61480

>s/ Margo Scamp

Date: August 29, 2007