IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-4049 |
| | ) |
| TRAVIS M. BIGGER, | ) |
| Defendant. | ) |

## REQUEST FOR EXTENSION OF TIME FOR SERVICE

The United States requests an extension of 60 days in which to serve upon defendant Travis M. Bigger, Summons and Complaint in the above-entitled foreclosure action. The Complaint was filed August 23, 2007, and the 120-day period for service expires December 21, 2007.

Defendant, Travis M. Bigger is an over-the-road truck driver and previous attempts by the U.S. Marshal to serve him have been unsuccessful. The U.S. Marshal will request assistance from the Henderson County Sheriff with service on weekends and during the holiday season. Therefore, the United States is requesting an extension of time of 60 days in which it will attempt to complete the required service.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/Bradley W. Murphy
Bradley W. Murphy, IL Bar No. 1992775
United States Attorney's Office
211 Fulton Street
Suite 400
Peoria, IL 61602
Telephone: (309) 671-7050
Fax: (309) 671-7259

## **CERTIFICATE OF SERVICE**

    I hereby certify that I mailed a copy of the foregoing to:

        Travis M. Bigger
        105 Maple
        Media, IL 61460

                            <u>s/ Margo Scamp</u>

Date:12/11/07