E-FILED
Thursday, 17 January, 2008 11:20:03 AM
Clerk, U.S. District Court, ILCD

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 07-4049 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Travis M. Bigger | Mortg. Foreclos Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Travis M. Bigger

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 105 Maple, Media, IL 61460

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Bradley W. Murphy, AUSA
211 Fulton Street, Suite 400
Peoria, IL 61602

ms

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
JAN 16 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LAST DAY TO SERVE 12/11/07

Signature of Attorney or other Originator requesting service on behalf of:
X Bradley W. Murphy
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 309.671.7050
DATE: 9-28-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 21 | Signature of Authorized USMS Deputy or Clerk | Date 10-2-7 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 01-11-08 | 09:30 | am |

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges (including endeavors) $189.15 | Forwarding Fee Ø | Total Charges $234.15 | Advance Deposits Ø | Amount owed to U.S. Marshal or $234.15 | Amount of Refund Ø |
|---|---|---|---|---|---|---|

REMARKS: 01-11-08 = △ SERVED @ HENDERSON CO SHERIFF'S OFFICE BY
11/13 1 DUSM X 3 HRS = 135    130 MI X .485 = 63.05    SHERIFF
11/15 1 DUSM X 3 HOURS = 135    130 MI X .485 = 63.05    MARK LUMBECK
11/19 1 DUSM X 3 HOURS = 135    130 MI X .485 = 63.05

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

UNITED STATES OF AMERICA

V.

TRAVIS M. BIGGER

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-4049

TO: (Name and address of Defendant)

Travis M. Bigger
105 Maple
Media, IL 61460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bradley W. Murphy
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinios 61602

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature]    DATE 9/28/07

(By) DEPUTY CLERK [signature]

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.