E-FILED
Monday, 11 February, 2008  09:02:36 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-4049 |
| | ) |
| TRAVIS M. BIGGER, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING**
**MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE**

To:   Travis M. Bigger
      105 Maple
      Media, Illinois 61460

You are hereby notified that the Plaintiff, United States of America, filed a *Motion To Enter Default Judgment of Foreclosure* against you on February 11, 2008.  Please be advised that the Court may rule on this Motion without further notice or a hearing, after the Motion has been on file for 14 days.

                              Respectfully submitted,
                              RODGER A. HEATON
                              United States Attorney


                              s/Bradley W. Murphy
                              Bradley W. Murphy, IL Bar No. 1992775
                              Attorney for Plaintiff
                              United States Attorney's Office
                              211 Fulton Street
                              Suite 400
                              Peoria, IL 61602
                              Telephone: (309) 671-7050
                              Fax: (309) 671-7259

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing to:

>Travis M. Bigger
>105 Maple
>Media, Illinois 61460

>s/ Margo Scamp

Date:2/11/08