IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 07-4049 |
| | ) | |
| TRAVIS M. BIGGER, | ) | |
| | ) | |
| Defendant. | ) | |

## **AFFIDAVIT**

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF PEORIA | ) |

BRADLEY W. MURPHY, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that she has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

s/ Bradley W. Murphy_____
BRADLEY W. MURPHY

Subscribed and sworn to before me
this 11th day of February, 2008.

s/Jessica Stowe
Notary Public