**E-FILED**

Thursday, 28 February, 2008  10:03:11 AM

Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT  IN A CIVIL CASE

**United States of America**

vs.

Case Number:     **07-4049**

**Travis M. Bigger**

  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 **X DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


     **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the plaintiff and against the defendant pursuant to the Order entered on 2/27/08.--------------------------------------


ENTER this 28th day of February, 2008


PAMELA E. ROBINSON, CLERK

S/Denise Koester

BY:  DEPUTY CLERK