E-FILED
Friday, 27 June, 2008  04:08:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 07-4049 |
| | ) |
| TRAVIS M. BIGGER, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

> Trish Yeager
> Rural Development Specialist
> USDA Service Center, 233 South Soangetaha Rd.
> Galesburg, IL 61401
>
> Telephone No: (309) 342-5138 Ext. 4

2. The common address and other common description, if any, of the real estate is:

> 105 Maple, Media, IL 61460

3. The legal description of the real estate is:

> Lot 6 and 7 in Block 4 in Wever's Addition to the Village of Media according to the duly recorded plat thereof, situated in the County of Henderson, in the State of Illinois
>
> PIN NO. 02-334-004-00

4. The real estate may be inspected prior to sale at the following times:

       Available for inspection during business hours upon reasonable advance notice to the county office listed above.

5. The time and place of the sale are:

       August 19, 2008, at 11:00 a.m., at the front door of the Henderson County Courthouse, Oquawka, Illinois.

6. The terms of the sale are:

       10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2007 and 2008, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Peoria, Illinois, this 29th day of May, 2008.

       s/STEVEN D. DEATHERAGE  
       UNITED STATES MARSHAL  
       CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **NOTICE OF MARSHAL'S SALE** has been placed in the United States mail, via certified mail, return receipt requested, and regular mail, addressed to:

> Travis Bigger
> 105 Maple
> Media, IL 61460

                                                       s/ Margo L. Scamp

Date: June 30, 2008____