Publish
7-16, 23, 30, 8-6, 2008

**IN THE UNITED STATE DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS ROCK ISLAND DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,
v.
TRAVIS M. BIGGER
Defendant.

CIVIL NO. 07-4049

**NOTICE OF MARSHAL'S SALE**

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:
Trish Yeager
Rural Development Specialist
USDA Service Center, 233 South Soangetaha Rd.
Galesburg, IL 61401
Telephone No: (309) 342-5138 Ext. 4

2. The common address and other common description, if any, of the real estate is:
105 Maple, Media, IL 61460

3. The legal description of the real estate is:

Lot 6 and 7 in Block 4 in Wever's Addition to the Village of Media according to the duly recorded plat thereof, situated in the County of Henderson, in the State of Illinois
PIN NO. 02-334-004-00

4. The real estate may be inspected prior to sale at the following times: Available for inspection during business hours upon reasonable advance notice to the county office listed above.

5. The time and place of the sale are: August 19, 2008, at 11:00 a.m., at the front door of the Henderson County Courthouse, Oquawka, Illinois.

6. The terms of the sale are:
10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United Sates, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2007 and 2008, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Peoria, Illinois, this 29th day of May, 2008.

---

**CERTIFICATE OF PUBLICATION**

Oquawka, Illinois 61469 _6 Aug_, 2008

I, _Lyn Zeilstra_ of the Oquawka Current, do hereby certify that I am its duly authorized agent in this behalf, and I further certify that a notice of which the annexed printed notice is a true copy, was published in the Oquawka Current, a weekly secular newspaper of general circulation, printed and published by the said Oquawka Current, at the Village of Oquawka, Henderson County, Illinois, and that the said notice was so published once each week for the space of _four_ weeks successively, and was contained in each and every copy of the several issues in which the same was published, and that the first publication of said notice was in the issue of said paper bearing date _July 16_, 2008

and the last publication in the issue thereof bearing date _August 6_, 2008

and that said Oquawka Current has been regularly published in said Henderson County for at least 12 months prior to the first publication of said notice.

The Oquawka Current is a newspaper as defined in Act—Chapter 100, Sections 1 and 5, Illinois Revised Statutes.

Dated this _6th_ day of _Aug_, 2008

_____
Authorized Agent Oquawka Current

Printer's Fee $_____

Received above fee from _____

this _____ day of _____, 20____

_____

Per _____